**EXHIBIT B**



December 3, 2010

<u>Via Email</u>

Larry Clarke, CEO
EGT, LLC
101 SW Main Street #1800
Portland, OR 97204

Dear Larry:

What precipitates this letter is that, at the Port Commission's last public meeting, on November 23, 2010, Dan Coffman, the president of ILWU Local 21, made the following statement on the record:

> "I just want to inform the port commissioners and Ken the port director that we had a meeting today with EGT and just to inform you guys it is a very sad day for ILWU local 21 today. We were informed by them that they have no need for our services inside that elevator as far as work performed and I thought you guys need to be aware of it."

Needless to say, this is a matter of serious concern to the Port.

As you know, EGT and the Port engaged in over two years of negotiations leading up to your ground lease for the grain terminal, dated June 1, 2009.  Very early in those negotiations, the Port provided EGT with a copy of the Port's working agreement ("WA") with ILWU Local 21.  The final form of ground lease (at Section 6.3) includes the proviso that there are no agreements "<u>requiring</u>" union labor or prevailing wage compliance "in connection with the operation of the Ship Dock and the Barge Dock, the handling of cargo at the Facility and the operation of the Facility", "<u>except</u>" as expressly set forth in the WA (which is very clearly identified in Exhibit G-2 of the lease).

The Port believes that under these provisions of the ground lease, EGT must adhere to the WA for the types of traditional longshore/warehousemen jobs which the WA expressly describes.  If you disagree, then we have a serious dispute under our ground lease which the Port believes should be very promptly presented to the appropriate court and resolved in a declaratory judgment action.

Do we have such a dispute?  The Port had thought EGT and the union, in the several meetings they had already had, were in the midst of sensible and practical discussions, both for the purpose of confirming the specific types of operational jobs at Berth 9 and the Facility that are within the scope of the WA,



Larry Clarke
December 3, 2010
Page 2


as well as working towards mutually agreeable accommodations (such as timing of shifts) that would enhance the success of the grain terminal for the benefit of both labor and EGT.  We hope that this is still the case.  Labor harmony at this Facility is in the best interests of all.

Perhaps EGT and Local 21 are closer than was indicated at the public meeting.  If not, then I hope that your discussions promptly and amicably resume.  I am taking the liberty of sending a copy of this letter to Dan Coffman, in the belief that the ultimate success of the grain elevator will depend on the cooperation of all three parties. In that spirit, the Port is prepared to do everything possible to facilitate a resumption of discussions between EGT and Local 21.

Please advise us, in the next two weeks, of EGT's position on these matters.

Sincerely,

PORT OF LONGVIEW

Kenneth B. O'Hollaren
Executive Director

KBO:rj
cc:     Dan Coffman, ILWU Local 21