The Honorable Ronald B. Leighton

```
FILED _____ LODGED
_____ RECEIVED

FEB 17 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EGT, LLC, a Delaware Limited Liability Company, | No. C11-5036 RBL |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER FOR EXTENSION OF TIME TO PLEAD |
| vs. | **NOTE ON MOTION CALENDAR: February 15, 2011** |
| PORT OF LONGVIEW, a municipal corporation and political subdivision of the State of Washington, | |
| Defendants. | |

## STIPULATION

The parties, through counsel, stipulate that the time within which the Port of Longview may respond to the Complaint is extended to and includes March 14, 2011.

DATED this 15th day of February, 2011.

s/Michael A. Moore
WSBA #27047
Molly A. Malouf, WSBA #31972
Corr Cronin Michelson
    Baumgardner & Preece LLP
1001 Fourth Ave Ste 3900
Seattle, WA  98154-1051
Tel:  (206) 625-8600
Fax:  (206) 625-0900
Email:  mmoore@corrcronin.com
*Counsel for Plaintiff*

s/Clemens H. Barnes
WSBA #4905
Adam S. Belzberg, WSBA #41022
Diane M. Myers, WSBA #40729
Graham & Dunn PC
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA  98121-1128
Tel:  (206) 340-9681
Fax:  (206) 340-9599
Email:  cbarnes@grahamdunn.com
*Counsel for Defendant*

STIPULATION AND (PROPOSED) ORDER
FOR EXTENSION OF TIME -- 1

No. C11-5036 RBL
M42995-1533593

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS SO ORDERED.

DATED: 2-17-11

RONALD B. LEIGHTON
U.S. District Judge

STIPULATION AND (PROPOSED) ORDER
FOR EXTENSION OF TIME -- 2

No. C11-5036 RBL

M42995-1533593

GRAHAM & DUNN PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599