UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EGT, LLC, a Delaware Limited Liability Company, | Case No. 11-5036-RBL |
| Plaintiff, | ORDER |
| v. | |
| PORT OF LONGVIEW, a municipal corporation and political subdivision of the State of Washington, | |
| Defendant. | |

THIS MATTER comes before the Court on International Longshore and Warehouse Union, Local 21's Motion for Reconsideration. [Dkt. #24]. On May 17, 2011, this Court denied the Union's Motion to Intervene pursuant to Federal Rule of Civil Procedure 24. [Mot. to Intervene, Dkt. #10; Order Denying Mot., Dkt. #23]. The Union now asks the Court to Reconsider this Order, contending that it should be able to intervene under Fed. R. Civ. P. 24 (a) or (b). The Union cites *U.S. v. City of Los Angeles*, 288 F.3d 391 (9th Cir. 2002) in support of its position.

Under Local Rule CR 7(h), no motion for reconsideration will be granted unless the opposing party has been afforded the opportunity to file a response. Plaintiff may file a Response addressing the Union's argument under Rule 24(b). The Response should not exceed five pages, and should be served and filed no later than June 22, 2011.

ORDER
Page - 1

1 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
2 | party appearing *pro se* at said party's last known address.

IT IS SO ORDERED.

DATED this 17th day of June, 2011.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE